
FILED

AUG 28 2017

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEREMY RASKIEWICZ, | CV 17-00093-M-DLC-JCL |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES, | |
| Defendants. | |

Plaintiff Jeremy Raskiewicz filed a "Petition and Brief" which has been liberally construed as a Complaint. (Doc. 1.) Raskiewicz did not pay the filing fee or submit a motion to proceed in forma pauperis with the filing. In order to institute a civil action in federal court, a plaintiff must either pay a filing fee of $400.00 as required by 28 U.S.C. § 1914(a) or file a motion to proceed in forma pauperis under 28 U.S.C. § 1915. Raskiewicz did neither.

On July 20, 2017, the Court issued an Order requiring Raskiewicz to either pay the statutory filing fee of $400.00 or submit a motion to proceed in forma pauperis on or before August 18, 2017. Raskiewicz failed to respond.

Raskiwicz has a right to petition for redress of grievances but the method and manner of doing so is through a civil complaint. In order to institute a civil action in federal court a plaintiff must either pay a filing fee of $400.00 as required

1

by 28 U.S.C. § 1914(a) or file a motion to proceed in forma pauperis under 28 U.S.C. § 1915. Raskiewicz has refused to do either after being made aware of his obligation to do so.

Since no filing fee or motion to proceed in forma pauperis has been submitted, no case has been initiated.

ACCORDINGLY, the Clerk of Court is directed to close this matter.

DATED this 28th day of August, 2017.

Jeremiah C. Lynch
United States Magistrate Judge